# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/13/2015 8:43:49 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12 - 14 - 00156 - CV**

Trial Court Style: INEZ MANIGAULT V. JANE THORN HENDERSON

Trial Court & County: NACOGDOCHES _____ Trial Court No.: C1228525

Date Trial Clerk's Record Originally Due: ~~MARCH 10, 2015~~

Date Court Reporter's/Recorder's Record Originally Due: MARCH 10, 2015

Anticipated Number of Pages of Record: 263

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:  (Check all that apply - attach additional pages if necessary.)

☐ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either **pay** the required fee or to make arrangements to pay the fee for preparing the record.

☐ my duties listed below preclude working on this record:

☒ Other. (Explain.): MS. MANIGAULT, WHILE HAVING MADE A DEPOSIT AND ONE PAYMENT IS IGNORING MY REQUESTS FOR PAYMENT OF THE FINAL AMOUNT DUE.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by THE DATE, and I hereby request an additional __10__ days within which to prepare it. TEX. R. APP. P. 37.3. OF FINAL PAYMEN

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

3-13-15
Date

*Candace A. Parker*
Signature

936-560-7799
Office Phone Number

CANDACE A. PARKE
Printed Name

cparke@co.nacogdoches.tx.us
E-mail Address (if available)

Official Reporter
145 JDC
Official Title

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):

Name: Inez Manigault          Name:

Address: P.O. Box 81922          Address:

Atlanta, GA 30366

Phone no.:                    Phone no.:

Attorney for:                    Attorney for:

Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):

Name: MR. CLAY WHITE          Name:

Address:                    Address:

@ rcraig @ whiteshaver law. com

Phone no.:                    Phone no.:

Attorney for:                    Attorney for:

Additional                    information,                    if                    any: